owners in relation to the terms of an easement and, if so, was it breached by the defendant in failing to object seasonably to the construction of the addition which would cause the easement to terminate by its terms?''

*Myra L. Graubard,* in support of the petition.

*Gordon R. Paterson,* in opposition.

Decided May 5, 1989

WILLIAM H. FOSTER *v.* SMITHKLINE
CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 133, is denied.

*Herbert Watstein,* in support of the petition.

*Andrew J. O'Keefe* and *Maureen Sullivan Dinnan,* in opposition.

Decided May 5, 1989

JOHN A. CONTEGNI ET AL. *v.* C. MEYRICK PAYNE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 18 Conn. App. 47, is denied.

*Charles A. DeLuca,* in support of the petition.

*Leo Gold,* in opposition.

Decided May 11, 1989

JOHN A. CONTEGNI ET AL. *v.* C. MEYRICK PAYNE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 18 Conn. App. 47, is denied.

*Leo Gold,* in support of the petition.

*Charles A. DeLuca,* in opposition.

Decided May 11, 1989